McGREGOR W. SCOTT
United States Attorney
TIFFANY J.E. JOHNSON
Special Assistant United States Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY D. WILSON<br><br>Defendant. | Case No. 5:18-po-00247-JLT<br><br>[Citation #7056264]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Tiffany J.E. Johnson, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:19-po-00247-JLT [Citation #7056264] against ANTHONY D. WILSON, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: November 21, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: *(signature)*
TIFFANY J.E. JOHNSON
Special Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case No. 5:18-po-00247-JLT [Citation #7056264] against ANTHONY D. WILSON be dismissed, without prejudice, in the interest of justice.

DATED: November 22, 2019

_Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
UNITED STATES MAGISTRATE JUDGE